OPINION — AG — (1) ARE PERSONS EMPLOYED IN THE STATE BUREAU OF INVESTIGATION BY VIRTUE OF HOUSE BILL NO. 820 WITHIN THE PROVISIONS OF THE EXECUTIVE ORDER APRIL 15, 1960 ? — NEGATIVE (2) THE EMPLOYEES OF THE STATE BUREAU OF INVESTIGATION ARE NOW IN THE UNCLASSIFIED SERVICE AND NOT UNDER THE MERIT SYSTEM OF PERSONNEL ADMINISTRATION. CITE: 74 O.S. 1961 803 [74-803](4), 74 O.S. 1961 801 [74-801] (BURCK BAILEY) ** SEE: OPINION NO. 73-218 (1973) **